

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

LaShawn Pettus-Brown,

    Plaintiff,

v.

    Civil Action 2:18-cv-83
    Judge George C. Smith
    Magistrate Judge Elizabeth P. Deavers

State of Ohio,

    Defendant.

## RECOMMITTAL ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation that the Court dismiss Plaintiff's Complaint. (ECF No. 2).

The District Judge has preliminarily considered the Report and Recommendation and believes that, in light of Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (ECF No. 3), the sufficiency of Plaintiff's Complaint will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Federal Rule of Civil Procedure 72(b)(3), this matter is hereby returned to the Magistrate Judge.

Dated: March 14, 2018

    /s/ *George C. Smith*
    GEORGE C. SMITH
    UNITED STATES DISTRICT JUDGE